**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON ROBERT PORTER,<br>Petitioner,<br>v.<br>WARDEN OF P.V.S.P.,<br>Respondent. | Case No. 2:25-cv-08852-SRM (SK)<br>**ORDER ACCEPTING REVISED REPORT AND RECOMMENDATION TO GRANT RESPONDENT'S MOTION TO DISMISS HABEAS PETITION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Revised Report and Recommendation to Grant Respondent's Motion to Dismiss Habeas Petition (ECF 27) and any pertinent records as needed. Because the time for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Revised Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

THEREFORE, the Court accepts the Revised Report and Recommendation and orders that Respondent's motion to dismiss the petition under 28 U.S.C. § 2254 be GRANTED. Judgment will accordingly be entered dismissing this action with prejudice.

IT IS SO ORDERED.

DATED: September 29, 2026

SERENA R. MURILLO
United States District Judge