JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON ROBERT PORTER,<br>Petitioner,<br>v.<br>WARDEN OF P.V.S.P.,<br>Respondent. | Case No. 2:25-cv-08852-SRM (SK)<br>**JUDGMENT** |

Pursuant to the Order Accepting Revised Report and Recommendation to Grant Respondent's Motion to Dismiss Habeas Petition, the petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice.

DATED: September 29, 2026

SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE